UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AARON DELP, <br><br> Defendant. | CASE NO. <br><br> JUDGE <br><br> **INFORMATION** <br> 18 U.S.C. § 922(g)(1) <br> 18 U.S.C. § 924(a)(8) <br><br> **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
**(Felon in Possession of a Firearm)**

1. On or about February 25, 2025, in the Southern District of Ohio, the defendant, **AARON DELP**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus G2C 9mm firearm, bearing serial number TMT39227, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION

2. The allegations of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count One of this Information, the defendant, **AARON DELP**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Taurus G2C 9mm firearm, bearing serial number TMT39227; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

_____
**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**